UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:
ANTHONY BROUSSSARD
GLENDA FAYE BROUSSARD
DEBTORS

CASE NUMBER: 16-50261

CHAPTER 13

---

NALCO COMPANY
PLAINTIFF

V.

ANTHONY BROUSSARD
GLENDA FAYE BROUSSARD
DEFENDANTS

ADV. PROC. NO. 17-05005

---

**RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

The Debtor and Defendant, **ANTHONY BROUSSARD AND GLENDA FAYE BROUSSARD**, respectfully present the following response to the Motion for Summary Judgment filed by Nalco Company ("Nalco"):

1.

Debtor Anthony Broussard filed a petition for relief under Chapter 13 on February 26, 2016.

2.

One of the Debtor's assets is a claim against Plaintiff Nalco. The claim against Nalco is currently set for arbitration on April 3, 2017, in New Orleans. The arbitration will continue until April 7, 2017.

3.

Debtor's answer to Nalco's complaint in this matter is due on April 5, 2017, in the middle of the arbitration. Debtor requests an extension of 30 days to answer this complaint.

4.

Pursuant to In re Flugence, 738 F.3d 126 (5th Cir. 2013), and related cases, even if judicial estoppel applies to this case, the Debtor is allowed to litigate his claim against Nalco to conclusion. The Debtor's counsel or Chapter 13 trustee would collect any amount owed from the tortfeasor and the plaintiff's attorney would be paid his percentage of the recovery. At that point in time, it would be appropriate to determine whether judicial estoppel applies. If judicial estoppel applies, then any remaining proceeds would be refunded to the tortfeasor, after creditors are paid in full.

5.

Nalco's complaint is therefore premature. It is uncertain at this time whether the Debtor will prevail in his claim against Nalco. The arbitration is set for next month. Only after the arbitration and only if funds are received as a result of the arbitration would it be appropriate to determine the issue of judicial estoppel.

WHEREFORE, Petitioner prays that the Response to Motion for Summary Judgment be deemed good and sufficient and the motion be denied.

Respectfully submitted,

WEINSTEIN & ST. GERMAIN

BY: /s/ Tom St. Germain
TOM ST. GERMAIN
1414 NE Evangeline Thruway
Lafayette, LA 70501
(337)235-4001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Motion for Summary Judgment was sent via US Mail, postage prepaid and/or ECF to NALCO Company, through its attorney, Susan Desmond, Jackson Lewis PC, 650 Poydras St., Suite 1900, New Orleans, LA 70130; Victor R. Farrugia, 2010 Energy Centre, 1100 Poydras Street New Orleans, LA. 70136; Keith Rodriguez, Post Office Box 3445, Lafayette, LA 70502; and to Anthony and Glenda Faye Broussard, 215 Republic Avenue, Apt 7108, Lafayette, LA. 70508 on this 16th day of March, 2017.

/s/ Shelbi Venable
SHELBI VENABLE
Legal Secretary